207 F.2d 880
 In the Matter of the Application of Donald E. CHANDLER, For
Writ of Habeas Corpus, Appellant,
v.
Fred T. WILKINSON, Warden, Federal Penitentiary, McNeil
Island, Washington, Appellee.
 No. 13945.
 United States Court of Appeals
Ninth Circuit.
 Nov. 17, 1953.
Rehearing Denied Dec. 15, 1953.
 
 Donald E. Chandler, in pro. per.
 Charles P. Moriarty, U.S. Atty., Guy A. B. Dovell, Asst. U.S. Atty., Tacoma, Wash., for appellee.
 Before HEALY and POPE, Circuit Judges, and DRIVER, District Judge.
 PER CURIAM.
 
 
 1
 Affirmed upon the authority of Gunton v. Squier, 9 cir., 185 F.2d 470, and Title 18 U.S.C.A. § 3568.